DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:             (916) 930-6482
E-Mail:        david.fischer@fischerlawoffice.com

Attorney for Defendant
FABIAN GOMEZ

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>FABIAN GOMEZ,<br><br>　　　　　Defendant. | Case No.: 2:22-mj-0095 KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO ALLOW THE DEFENDANT TO BE RELEASED TO HIS FATHER FOR DIRECT TRANSPORATION TO PRETRIAL SERVICES AND THEN TO RESIDENTIAL TREATMENT** |

**STIPULATION**

On June, 29, 2022, the Court ordered that the defendant be released to the custody of his sister, Blanca, to be transported directly from the Sacramento Main Jail to the Pretrial Services Agency, and then directly to residential treatment in Fresno. The defendant's parents arrived in place of Blanca due to a family emergency. After consultation with pretrial services agency officer Monica Bentley, the parties stipulate that the defendant should be released today to his father, Marcial Gomez, so that Marcial Gomez may directly

- 1 -

transport the defendant to the Pretrial Services Agency, and then directly to residential treatment in Fresno.

    The parties respectfully request the court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated:  June 30, 2022                  /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
FABIAN GOMEZ

Dated:   June 30, 2022                 /s/ David D. Fischer for
JAMES CONOLLY
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

**IT IS SO ORDERED**

Dated: June 30, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE