UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 29, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FABIAN GOMEZ,<br><br>    Defendant. | Case No. 2:22-mj-00095-KJN-3<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release

<u>FABIAN GOMEZ</u> , Case No. <u>2:22-mj-00095-KJN-3</u> Charge <u>121 U.S.C. §§ 846,</u> <u>841(a)(1)</u>, from custody for the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

__X__    Unsecured Appearance Bond $  **$20,000 bond**

__X__    Unsecured Appearance Bond $ **100,000 bond co-signed, both co-signed**

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other): **Defendant to be RELEASED on 6/30/2022, at 8 AM to custody of his sister Blanca Gomez.**

Issued at Sacramento, California on June 29, 2022, at    3:56 PM

Dated:  June 29, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE