| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>June 30, 2022<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FABIAN GOMEZ,<br><br>　　　　　Defendant. | Case No.  2:22-mj-00095-KJN-3<br><br>**AMENDED ORDER FOR RELEASE<br>OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release

<u>FABIAN GOMEZ</u> , Case No. <u> 2:22-mj-00095-KJN-3 </u> Charge <u> 121 U.S.C. §§ 846, 841(a)(1)</u>, from custody for the following reasons:

|   |   |
|---|---|
|       | Release on Personal Recognizance |
|       | Bail Posted in the Sum of $           |
| X | Unsecured Appearance Bond $  **$20,000 bond** |
| X | Unsecured Appearance Bond $**100,000 bond co-signed, both co-signed** |
|       | Appearance Bond with Surety |
|       | Corporate Surety Bail Bond |
|       | (Other): **<u>Defendant to be RELEASED on 6/30/2022, to custody of his father, Marcial Gomez.</u>** |

Issued at Sacramento, California on June 30, 2022, at  10:10 AM

Dated:  June 30, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE